# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00671-CV

**Pamela Lockett and Xavier Williams, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 240,414-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal as moot. *See* Tex. R. App. P. 42.1(a). They state that the trial court has extended the post-trial deadlines in accordance with rule 306a and has vacated the final order in this cause. *See* Tex. R. Civ. P. 306a. We grant the motion and dismiss this appeal as moot.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson, and Goodwin

Dismissed as Moot

Filed:   February 3, 2012